# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILLOW INNOVATIONS, INC., *Plaintiff*, v. CHIARO TECHNOLOGY, LTD, *Defendant*. | Case No. 2:23-cv-00229-JRG **JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ENTRY OF AGREED E-DISCOVERY ORDER**

Pursuant to the Court's August 17, 2023 Order (Dkt. No. 23), Plaintiff Willow Innovations, Inc. ("Willow") and Defendant Chiaro Technology, Ltd. ("Elvie") have met and conferred and hereby file this Joint Motion for Entry of Agreed E-Discovery Order, attached hereto as Exhibit A.

Dated:    October 19, 2023

/s/ Timothy S. Durst
**O'MELVENY & MYERS LLP**
Timothy S. Durst (TX #00786924)
tdurst@omm.com
Cason Garrett Cole (TX #24109741)
ccole@omm.com
2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Telephone: (972) 360-1900
Facsimile: (972) 360-1901

Robert F. Shaffer (admitted *pro hac vice*)
rshaffer@omm.com
Jason Fountain (admitted *pro hac vice*)
jfountain@omm.com
Miao Liu (admitted *pro hac vice*)
mliu@omm.com
1625 Eye St., NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Carolyn S. Wall (admitted *pro hac vice*)
cwall@omm.com
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Laura Burson (TX # 24091995)
lburson@omm.com
400 South Hope St
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Plaintiff
WILLOW INNOVATIONS, INC.

Gillam & Smith, LLP

*/s/ Melissa R. Smith*
Melissa Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Of Counsel:
Nirav N. Desai (*Pro Hac Vice*)
Josephine Kim (*Pro Hac Vice*)
Joseph Kim (*Pro Hac Vice*)
Paige Cloud (*Pro Hac Vice*)
**STERNE, KESSLER, GOLDSTEIN & FOX PLLC**
1101 K Street, NW
Washington, DC 20005
Telephone: (202) 371-2600
Facsimile: (202) 371-2540
ndesai@sternekessler.com
joskim@sternekessler.com
josephk@sternekessler.com
pcloud@sternekessler.com

*Attorneys for Defendant and Counterclaim Plaintiff Chiaro Technology Limited*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 19, 2023.

<i>s/ Timothy S. Durst</i><br>
Timothy S. Durst

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this motion is joint among the parties.

<i>s/ Timothy S. Durst</i><br>
Timothy S. Durst