# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILLOW INNOVATIONS, INC., | Case No. 2:23-cv-00229-JRG |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| CHIARO TECHNOLOGY, LTD., | |
| Defendant. | |

## WILLOW'S NOTICE OF COMPLIANCE

Pursuant to the Court's Order (Dkt. 38), Plaintiff Willow Innovations, Inc. files this notice confirming that it has served its Initial and Additional Disclosures on counsel for Chiaro Technology, Ltd. on October 19, 2023.

| | |
|---|---|
| Dated: October 20, 2023 | */s/ Timothy S. Durst*<br>**O'MELVENY & MYERS LLP**<br>Timothy S. Durst (TX #00786924)<br>tdurst@omm.com<br>Cason Garrett Cole (TX #24109741)<br>ccole@omm.com<br>2501 North Harwood Street, Suite 1700<br>Dallas, TX 75201<br>Telephone: (972) 360-1900<br>Facsimile: (972) 360-1901<br><br>Robert F. Shaffer (admitted *pro hac vice*)<br>rshaffer@omm.com<br>Jason Fountain (admitted *pro hac vice*)<br>jfountain@omm.com<br>Miao Liu (admitted *pro hac vice*)<br>mliu@omm.com<br>1625 Eye St., NW<br>Washington, DC 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br><br>Carolyn S. Wall (admitted *pro hac vice*)<br>cwall@omm.com<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>Laura Burson (TX # 24091995)<br>lburson@omm.com<br>400 South Hope St<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br><br>Attorneys for Plaintiff<br>WILLOW INNOVATIONS, INC. |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 20, 2023.

                                                    */s/ Timothy S. Durst*
                                                    Timothy S. Durst