**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILLOW INNOVATIONS, INC., | Case No. 2:23-cv-00229-JRG |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| CHIARO TECHNOLOGY, LTD., | |
| Defendant. | |

**WILLOW'S NOTICE OF COMPLIANCE**

Pursuant to the Court's Order (Dkt. 38), Plaintiff Willow Innovations, Inc. files this notice confirming that it has served its Invalidity Contentions Pursuant to Patent Local Rules 3-3 and 3-4 on counsel for Chiaro Technology, Ltd. on November 9, 2023.

Dated:     November 10, 2023

/s/ Timothy S. Durst

**O'MELVENY & MYERS LLP**
Timothy S. Durst (TX #00786924)
tdurst@omm.com
Cason Garrett Cole (TX #24109741)
ccole@omm.com
2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Telephone: (972) 360-1900
Facsimile: (972) 360-1901

Robert F. Shaffer (admitted *pro hac vice*)
rshaffer@omm.com
Jason Fountain (admitted *pro hac vice*)
jfountain@omm.com
Miao Liu (admitted *pro hac vice*)
mliu@omm.com
1625 Eye St., NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Carolyn S. Wall (admitted *pro hac vice*)
cwall@omm.com
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Laura Burson (TX # 24091995)
lburson@omm.com
400 South Hope St
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Plaintiff
WILLOW INNOVATIONS, INC.

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 10, 2023.

*/s/ Timothy S. Durst*
Timothy S. Durst