IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILLOW INNOVATIONS, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00229-JRG |
| | § | |
| CHIARO TECHNOLOGY, LTD., | § | |
| | § | |
| *Defendant*. | § | |

# ORDER

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3) and the local rules of this District, the Court hereby **REFERS** the above-captioned case to the Honorable Roy S. Payne for the limited and sole purpose of conducting the Claim Construction hearing, issuing a resulting Claim Construction Opinion, and taking such other related steps as are deemed by Judge Payne as necessary to facilitate and expedite the Claim Construction process in this case.

**So ORDERED and SIGNED this 7th day of August, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE