# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILLOW INNOVATIONS, INC., *Plaintiff*, v. CHIARO TECHNOLOGY, LTD., *Defendant*. | Case No. 2:23-cv-00229-JRG  **JURY TRIAL DEMANDED** |

## DECLARATION OF CASON COLE IN SUPPORT OF WILLOW'S OPENING CLAIM CONSTRUCTION BRIEF

I, Cason Cole, declare and state as follows:

1. I am a Counsel at O'Melveny & Myers LLP, counsel for Plaintiff Willow Innovations, Inc. ("Willow") in the above captioned matter.

2. I submit this declaration in support of Willow's Opening Claim Construction Brief, filed concurrently herewith. I have personal knowledge of the statements set forth in this declaration and, if called as a witness, would testify competently.

3. Attached hereto as **Exhibit A** is a true and correct copy of Willow's U.S. Patent No. 10,398,816 (the "'816 Patent").

4. Attached hereto as **Exhibit B** is a true and correct copy of Willow's U.S. Patent No. 10,688,229 (the "'229 Patent").

5. Attached hereto as **Exhibit C** is a true and correct copy of Willow's U.S. Patent

No. 10,625,005 (the "'005 Patent").

6. Attached hereto as **Exhibit D** is a true and correct copy of Willow's U.S. Patent No. 10,722,624 (the "'624 Patent").

7. Attached hereto as **Exhibit E** is a true and correct copy of Willow's U.S. Patent No. 11,185,619 (the "'619 Patent").

8. Attached hereto as **Exhibit F** is a true and correct copy of Willow's U.S. Patent No. 10,434,228 (the "'228 Patent").

9. Attached hereto as **Exhibit G** is a true and correct copy of Willow's U.S. Patent No. D832,995 (the "'D995 Patent").

10. Attached hereto as **Exhibit H** is a true and correct copy of Willow's U.S. Patent No. D977,625 (the "'D625 Patent").

11. Attached hereto as **Exhibit I** is a true and correct copy of excerpts of the expert declaration of Dr. Robert Stone in support of Chiaro Technology Ltd.'s (d/b/a "Elvie") claim constructions, served on June 27, 2024.

12. Attached hereto as **Exhibit J** s a true and correct copy of excerpts of the expert declaration of Tim Fletcher in support of Elvie's claim constructions, served on June 27, 2024.

13. Attached hereto as **Exhibit K** is a true and correct copy of the transcript of the deposition of Dr. Robert Stone, taken in this matter on August 2, 2024.

14. Attached hereto as **Exhibit L** is a true and correct copy of the transcript of the deposition of Mr. Tim Fletcher, taken in this matter on July 30, 2024.

15. Attached hereto as **Exhibit M** is a true and correct copy of excerpts of the prosecution history of U.S. Patent No. 11,260,151.

16. Attached hereto as **Exhibit N** is a true and correct copy of excerpts the laboratory

notebook of Brendan Donohoe, a named inventor on the Willow Asserted Patents, dated XX.

17. Attached hereto as **Exhibit O** is a true and correct copy of excerpts of the prosecution history of the '005 Patent.

18. Attached hereto as **Exhibit P** is a true and correct copy of an annotated Figure 20 from the '816 Patent. Exhibit P was introduced as Exhibit 19 in the deposition of Dr. Robert Stone.

19. Attached hereto as **Exhibit Q** is a true and correct copy of an annotated Figure 4 from the 'D995 Patent. Exhibit Q was introduced as Exhibit 7 in the deposition of Mr. Tim Fletcher.

20. Attached hereto as **Exhibit R** is a true and correct copy of an annotated Figure 4 from the 'D995 Patent. Exhibit Q was introduced as Exhibit 8 in the deposition of Mr. Tim Fletcher.

21. Attached hereto as **Exhibit S** is a true and correct copy of an annotated Figure 2 from the 'D625 Patent. Exhibit S was introduced as Exhibit 3 in the deposition of Mr. Tim Fletcher.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Dallas, Texas on August 8, 2024.

Dated: August 8, 2024                         /s/ Cason Cole

                                              Cason Cole