IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILLOW INNOVATIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CHIARO TECHNOLOGY LTD. <br><br> *Defendant*. | Civil Action No. 2:23-cv-00229-JRG <br><br> **JURY TRIAL DEMANDED** |

## P.R. 4-5 JOINT CLAIM CONSTRUCTION CHART

Pursuant to Patent Local Rule 4-5(d) and the Court's Docket Control Order (Dkt. No. 38), Plaintiff Willow Innovations, Inc. ("Willow") and Defendant Chiaro Technology Ltd. (d/b/a "Elvie") submit their Joint Claim Construction Chart, attached hereto as Exhibit A.

The claim construction hearing relating to the claims of U.S. Patent Nos. 10,398,816 (the "'816 Patent"), 10,434,228 (the "'228 Patent"), 10,625,005 (the "'005 Patent"), 10,688,229 (the "'229 Patent"), 10,722,624 (the "'624 Patent"), 11,185,619 (the "'619 Patent"), D832,995 (the "'D995 Patent"), D977,625 (the "'D625 Patent"), and 11,260,151 (the "'151 Patent") is scheduled to occur on **September 24, 2024 at 9:00 a.m.** in Marshall, Texas before this Court.

Dated: September 5, 2024

Respectfully submitted,

/s/ *Timothy S. Durst*

**O'MELVENY & MYERS LLP**
Timothy S. Durst (TX #00786924)
tdurst@omm.com
Cason Garrett Cole (TX #24109741)
ccole@omm.com
2501 North Harwood Street, Suite 1700
Dallas, TX 75201

1

Telephone: (972) 360-1900
Facsimile: (972) 360-1901

Robert F. Shaffer (admitted *pro hac vice*)
rshaffer@omm.com
Jason Fountain (admitted *pro hac vice*)
jfountain@omm.com
Miao Liu (admitted *pro hac vice*)
mliu@omm.com
1625 Eye St., NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Carolyn S. Wall (admitted *pro hac vice*)
cwall@omm.com
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Laura Burson (TX # 24091995)
lburson@omm.com
400 South Hope St
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

***Attorneys for Plaintiff***
***WILLOW INNOVATIONS, INC.***


*/s/ Nirav N. Desai*
Nirav N. Desai (*pro hac vice*)
Josephine Kim (*pro hac vice*)
Alexander Covington (*pro hac vice*)
Joseph Kim (*pro hac vice*)
Alex Alfano (*pro hac vice*)
Michael Webb (*pro hac vice*)
Paige Cloud (*pro hac vice*)
Zachary Jacobs (DC Bar # 90005128)
Christopher Coleman (*pro hac vice*)
**STERNE, KESSLER, GOLDSTEIN & FOX PLLC**
1101 K Street NW, 10th Floor

2

        Washington, DC 20005
Telephone: (202) 371-2600
Facsimile: (202) 371-2540

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

*Counsel for Defendant*
***CHIARO TECHNOLOGY LTD.***

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Willow met and conferred with counsel for Elvie, and all parties have agreed to the submission of this P.R. 4-5(d) Claim Construction Chart.

/s/ *Timothy S. Durst*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 5, 2024.

/s/ *Timothy S. Durst*