# EXHIBIT A

**EXHIBIT A**

| AGREED TERMS | | | |
|---|---|---|---|
| **Claim Term** | **Plaintiff's Proposed Construction** | **Defendant's Proposed Construction** | **Court's Construction** |
| "the pumping mechanism is associated with the rigid nipple receiving portion" ('816 Patent, claim 1) | [AGREED] | [AGREED] | Plain and ordinary meaning |
| "the non-contact pressure sensor adjacent the nipple receiving portion" ('619 Patent, claim 1) | [AGREED] | [AGREED] | Plain and ordinary meaning |
| "the wireless transmitter transits pumped milk volume to the external device which displays the pumped milk volume of each breast" ('005 Patent, claim 1) | [AGREED] | [AGREED] | "the wireless transmitter transmits pumped milk volume to the external device which displays the pumped milk volume of each breast" |
| "the milk collection container is configured about the pump mechanism" ('229 Patent, claim 5) | [AGREED] | [AGREED] | Plain and ordinary meaning |
| "the milk collection container is configured adjacent the pump mechanism" ('229 Patent, claim 9) | [AGREED] | [AGREED] | Plain and ordinary meaning |

**EXHIBIT A**

| | **DISPUTED TERMS** | | | |
|---|---|---|---|---|
| | **Claim Term** | **Plaintiff's Proposed Construction** | **Defendant's Proposed Construction** | **Court's Construction** |
| 1. | "a pump mechanism" ('229 Patent, claim 1; '005 Patent, claim 1)<br><br>"a pumping mechanism" ('816 Patent, claim 1; '624 Patent, claim 1)<br><br>"a vacuum pumping mechanism" ('619 Patent, claim 1) | Not governed by 35 U.S.C. § 112(f); no construction necessary / plain and ordinary meaning<br><br>**Alternatively:**<br>**Function:** "pumping" / "vacuum pumping" / "pump"<br><br>**Structure:** "one or more pumps," or equivalents thereof. | Means-plus-function<br><br>Function: "creating a suction force to pump milk"<br><br>Structure: "actuators and a compressible tube that direct milk generally upward and away from the lower end of the flange when the breast pump is upright" | |
| 2. | "the suction force and the milk flow path both being directed generally upward relative to the bottom portion of the flange" ('816 Patent, claim 1)<br><br>"milk is pumped from the breast to the collection container upwardly through the milk flow path relative to a bottom of the breast contacting structure" ('228 Patent, claim 11) | Plain and ordinary meaning | "the suction force and the milk flow path both being directed generally upward and away from the lower end of the flange when upright"<br><br>Alternatively, indefinite. | |

**EXHIBIT A**

| | **DISPUTED TERMS** | | | |
|---|---|---|---|---|
| | **Claim Term** | **Plaintiff's Proposed Construction** | **Defendant's Proposed Construction** | **Court's Construction** |
| 3. | "contained within" ('228 Patent, claim 11; '229 Patent, claim 1; '624 Patent, claim 1; '619 Patent, claim 1)<br><br>"contained completely within" ('816 Patent, claim 1) | Plain and ordinary meaning | "fully enclosed within" | |
| 4. | "pump mechanism comprises two drivers that displace a flexible member to generate vacuum pressure" ('005 Patent, claim 1) | Plain and ordinary meaning | "pump mechanism comprises two drivers that displace a compressible tube to generate vacuum pressure" | |
| 5. | "the breast pump automatically senses letdown" ('005 Patent, claim 2) | Plain and ordinary meaning | "the breast pump senses letdown via actuators and a compressible tube" | |
| 6. | "chassis" ('005 Patent, claim 1) | Plain and ordinary meaning | "a component on which other parts are assembled, exclusive of the case or exterior of the device" | |
| 7. | "a latch suction is maintained throughout the pumping session" ('229 Patent, claim 1) | Plain and ordinary meaning | "suction is more than zero during the entire pumping session" | |
| 8. | "The ornamental design for a breast pump, as shown and described." | Plain and ordinary meaning | Indefinite. | |

3

**EXHIBIT A**

| | **DISPUTED TERMS** | | | |
|---|---|---|---|---|
| | **Claim Term** | **Plaintiff's Proposed Construction** | **Defendant's Proposed Construction** | **Court's Construction** |
| | ('D995 Patent, claim 1) | Alternatively, "a breast pump of a certain design as shown in Figures 1-7." | Alternatively, the ornamental design for a breast pump including: a uniform and smooth front surface (see Figs. 1-6) that, when viewed from the left or right side (see Figs. 3 & 4), has a flat upper area and a rounded bottom area to fit comfortably into a bra and to mimic the natural shape of a breast; when viewed from the front (see Figs. 6, 7), has an oval shape to fit comfortably into a bra and to mimic the natural shape of a breast; and a flat rear surface when viewed from the top, bottom, right, and left (see Figs. 2-5). | |
| 9. | "The ornamental design for a breast pump, as shown and described." | Plain and ordinary meaning | The ornamental design for a breast pump, including: | |

4

**EXHIBIT A**

| | **DISPUTED TERMS** | | | |
|---|---|---|---|---|
| | **Claim Term** | **Plaintiff's Proposed Construction** | **Defendant's Proposed Construction** | **Court's Construction** |
| | ('D625 Patent, claim 1) | Alternatively, "a breast pump of a certain design as shown in Figures 1-7." | a uniform and smooth front surface (see Figs. 1-6) that, when viewed from the left or right side (see Figs. 3 & 4), has a flat upper area and a rounded bottom area to fit comfortably into a bra and to mimic the natural shape of a breast; and<br><br>when viewed from the front (see Figs. 6, 7), has an oval shape to fit comfortably into a bra and to mimic the natural shape of a breast. | |
| 10. | "a location of the centre of gravity of the breast pump device is, when in use, below a centre of the nipple tunnel when the milk container is empty" ('151 Patent, claim 1) | Indefinite | Plain and ordinary meaning | |
| 11. | "single continuous surface" ('151 Patent, claim 22) | Indefinite | Plain and ordinary meaning | |

5