IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILLOW INNOVATIONS, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>CHIARO TECHNOLOGY, LTD.,<br><br>Defendant and Counterclaim Plaintiff. | Case No. 2:23-cv-00229-JRG |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Willow Innovations, Inc. and Defendant Chiaro Technology Ltd. d/b/a Elvie (together, "the Parties") jointly submit this motion and provide notice to the Court pursuant to the Court's Standing Order Regarding Proper Notification of Settlement.  The Parties have reached an agreement in principle to resolve this litigation, including settlement of all matters in controversy between the Parties related thereto. The Parties are now working to finalize and implement the terms of this settlement in principle. The Parties respectfully request a stay of thirty (30) days of all unreached deadlines in the Court's Docket Control Order, in which time the Parties expect to finalize settlement and file dismissal papers with the Court. A proposed Order is attached.

Respectfully submitted,

By: /s/ *Timothy S. Durst*

**O'MELVENY & MYERS LLP**
Timothy S. Durst (TX #00786924)
tdurst@omm.com
Cason Garrett Cole (TX #24109741)
ccole@omm.com
2801 North Harwood Street, Suite 1600

Respectfully submitted,

By: /s/ *Josephine Kim*

Nirav N. Desai (pro hac vice)
Josephine Kim (pro hac vice)
Donald Banowit (pro hac vice)
Kyle Conklin (pro hac vice)
Alexander Covington (pro hac vice)
Paige Cloud (pro hac vice)

Dallas, TX 75201
Telephone: (972) 360-1900
Facsimile: (972) 360-1901

Robert F. Shaffer (admitted *pro hac vice*)
rshaffer@omm.com
Jason Fountain (admitted *pro hac vice*)
jfountain@omm.com
Miao Liu (admitted *pro hac vice*)
mliu@omm.com
1625 Eye St., NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Carolyn S. Wall (admitted pro hac vice)
cwall@omm.com
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Laura Burson (TX # 24091995)
lburson@omm.com
400 South Hope St
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

***Attorneys for Plaintiff Willow Innovations, Inc.***

**STERNE, KESSLER, GOLDSTEIN & FOX PLLC**
1101 K Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 371-2600
Facsimile: (202) 371-2540

Melissa Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

***Attorneys for Defendant and Counterclaim Plaintiff Chiaro Technology, Ltd.***

2

**CERTIFICATE OF CONFERENCE**

Counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and

the parties jointly agree to the relief requested in this Motion.

/s/ *Melissa Smith*
Melissa Smith

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. All counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

/s/ *Melissa Smith*
Melissa Smith

23991287.1