# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILLOW INNOVATIONS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> CHIARO TECHNOLOGY, LTD., <br><br> Defendant and Counterclaim Plaintiff. | Case No. 2:23-cv-00229-JRG |

## ORDER ON JOINT MOTION TO STAY ALL DEADLINES

Before the Court is the joint motion filed by Plaintiff Willow Innovations, Inc. and Defendant Chiaro Technology Ltd. d/b/a Elvie (together, "the Parties") for a stay of thirty (30) days of all unreached deadlines in the Court's Docket Control Order, in which time the Parties expect to finalize settlement and file dismissal papers with the Court. Upon consideration of said motion, the Court is of the opinion that the motion should be and hereby is GRANTED.