IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILLOW INNOVATIONS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> CHIARO TECHNOLOGY, LTD., <br><br> Defendant and Counterclaim Plaintiff. | Case No. 2:23-cv-00229-JRG |

## JOINT MOTION FOR EXTENSION OF TIME TO STAY ALL DEADLINES

Plaintiff Willow Innovations, Inc. and Defendant Chiaro Technology Ltd. d/b/a Elvie (together, "the Parties") respectfully request that this Court extend the stay previously entered (Dkt. 162) until May 5, 2025.

This extension is not requested to unduly delay this matter. The parties request this additional extension to finalize resolution of this matter. Additional information is provided in Confidential Exhibit 1. Counsel for Plaintiff and counsel for Defendant have conferred and agree on this motion.

WHEREFORE, the parties respectfully request that the Court extend the stay in this matter until May 5, 2025.

Respectfully submitted,

By: */s/ Timothy S. Durst*

**O'MELVENY & MYERS LLP**
Timothy S. Durst (TX #00786924)
tdurst@omm.com
Cason Garrett Cole (TX #24109741)
ccole@omm.com
2801 North Harwood Street, Suite 1600
Dallas, TX 75201
Telephone: (972) 360-1900
Facsimile: (972) 360-1901

Robert F. Shaffer (admitted *pro hac vice*)
rshaffer@omm.com
Jason Fountain (admitted *pro hac vice*)
jfountain@omm.com
Miao Liu (admitted *pro hac vice*)
mliu@omm.com
1625 Eye St., NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Laura Burson (TX # 24091995)
lburson@omm.com
400 South Hope St
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

***Attorneys for Plaintiff Willow Innovations, Inc.***

Respectfully submitted,

By: */s/ Melissa R. Smith*
Nirav N. Desai (pro hac vice)
Josephine Kim (pro hac vice)
Donald Banowit (pro hac vice)
Kyle Conklin (pro hac vice)
Alexander Covington (pro hac vice)
Paige Cloud (pro hac vice)
**STERNE, KESSLER, GOLDSTEIN & FOX PLLC**
1101 K Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 371-2600
Facsimile: (202) 371-2540

Melissa Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

***Attorneys for Defendant and Counterclaim Plaintiff Chiaro Technology, Ltd.***

**CERTIFICATE OF CONFERENCE**

Counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and the parties jointly agree to the relief requested in this Motion.

/s/ *Timothy S. Durst*
Timothy S. Durst

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. All counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

/s/ *Timothy S. Durst*
Timothy S. Durst
