# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILLOW INNOVATIONS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> CHIARO TECHNOLOGY, LTD., <br><br> Defendant and Counterclaim Plaintiff. | Case No. 2:23-cv-00229-JRG |

## ORDER

Before the Court is the Parties' Joint Motion for Extension of Time to Stay All Deadlines. In the Motion, the Parties request to extend the stay the Court previously entered by an additional thirty (30) days, up to and including May 5, 2025.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for an additional thirty (30) days, up to and including May 5, 2025, during which time appropriate dismissal papers are to be filed with the Court.