# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WILLOW INNOVATIONS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00229-JRG |
| CHIARO TECHNOLOGY, LTD., | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Joint Motion for Extension of Time to Stay All Deadlines (the "Motion") filed by Plaintiff Willow Innovations, Inc. and Defendant Chiaro Technology Ltd. d/b/a Elvie (collectively, the "Parties"). (Dkt. No. 166.) In the Motion, the Parties request to extend the stay the Court previously entered to finalize resolution of this matter. (*Id.* at 1.) On January 31, 2025, the Court entered a thirty (30) day stay to allow the Parties time to prepare and submit dismissal papers, up to and including March 5, 2025. (Dkt. No. 162.) On March 7, 2025, the Court entered an additional thirty (30) day stay to allow the Parties time to prepare and submit dismissal papers, up to and including April 4, 2025. (Dkt. No. 165.) The Parties request an additional thirty (30) days, up to and including May 5, 2025. (Dkt. No. 166 at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for an additional thirty (30) days, up to and including May 5, 2025, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 14th day of April, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE